UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-289-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| DUANE L. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:   Conspiracy to Commit an Offense Against the United States, Theft of Firearms from a Federal Firearms Licensee

<u>Date of Detention Hearing</u>:   Initial Appearance, November 29, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is before this Court pursuant to a Writ of Habeas Corpus ad

DETENTION ORDER                                                                                                    15.13
18 U.S.C. § 3142(i)                                                                                                  Rev. 1/91
PAGE 1

01 Prosequendum, having previously been in the custody of the Warden of the Monroe Correctional

02 complex, Monroe Washington.

03     2.    The issue of detention is essentially moot, since defendant would be transferred

04 back to state custody if released. The defendant does not contest detention.

05     3.    There does not appear to be any condition or combination of conditions that will

06 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

07 to other persons or the community.

08 It is therefore ORDERED:

09     (1)    Defendant shall be detained pending trial and committed to the custody of the

10 Attorney General for confinement in a correction facility separate, to the extent

11 practicable, from persons awaiting or serving sentences or being held in custody

12 pending appeal;

13     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

14 counsel;

15     (3)    On order of a court of the United States or on request of an attorney for the

16 Government, the person in charge of the corrections facility in which defendant is

17 confined shall deliver the defendant to a United States Marshal for the purpose of

18 an appearance in connection with a court proceeding; and

19 / / /

20 / / /

21 / / /

22 / / /

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 2

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>29th</u> day of November, 2007.

                                              /s/ Mary Alice Theiler
                                              Mary Alice Theiler
                                              United States Magistrate Judge

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3